UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHN J. RILEY, ) <br> ) <br>           PLAINTIFF   ) <br> ) <br> v.                                 ) <br> ) <br> PORTLAND MAINE AREA LOCAL  ) <br> NO. 458 AMERICAN POSTAL     ) <br> WORKERS UNION AFL-CIO AND  ) <br> TIMOTHY DOUGHTY,           ) <br> ) <br>           DEFENDANTS  ) | CIVIL NO. 2:15-CV-37-DBH |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

A Local Rule 56 pre-filing conference was held on October 29, 2015.

The plaintiff's Complaint asserts claims against the defendants pursuant to the Labor-Management Reporting and Disclosure Act, 29 U.S.C. §§ 411, 412, 529, for allegedly acting in a retaliatory manner against the plaintiff after he exercised his rights to engage in the democratic union process. He also claims emotional distress damages against the individual defendant, the president of the Local (ECF No. 1).

At the pre-filing conference, the parties indicated that they may be able to come to an agreement on the issue of the plaintiff's dues status with respect to the National American Postal Workers Union. Factual issues remain, however, with respect to the plaintiff's dues status with Local No. 458 (*i.e.,* what Local dues were required for a retired member). There is probably no factual dispute

over what the plaintiff did in trying to exhaust administrative remedies, but there may be a dispute over what the Union Constitution required. The parties agree that the plaintiff's membership status with Local No. 458 is not likely to be resolved on summary judgment; it is still unclear whether the exhaustion issue can be similarly resolved. We discussed the differences between motions for judgment on a stipulated record and cross-motions for summary judgment.

The parties agreed to the following deadlines:

> By November 20, 2015, the plaintiff and defendants shall file any stipulated facts. If the parties cannot agree on a stipulated record, they shall notify the court of their intentions to file cross-motions for summary judgment.
>
> By December 11, 2015, the plaintiff and defendants shall file their motions and supporting documents.
>
> By January 4, 2016, both parties shall file their responses.
>
> By January 11, 2016, the parties shall file any replies.

Further, I request that the plaintiff specifically address whether Count III's negligence and negligent infliction of emotional distress claims against the individual defendant are being pursued and, if so, whether they are simply part of the federal remedy for Counts I and II, or whether they are freestanding state law claims over which this Court can exercise pendent jurisdiction.

SO ORDERED.

DATED THIS 29TH DAY OF OCTOBER, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE