UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHN J. RILEY,              ) | |
|                        ) | |
|         PLAINTIFF    ) | |
|                        ) | |
| v.                    ) | |
|                        ) | CIVIL NO. 2:15-CV-37-DBH |
| PORTLAND MAINE AREA LOCAL    ) | |
| NO. 458 AMERICAN POSTAL    ) | |
| WORKERS UNION AFL-CIO AND    ) | |
| TIMOTHY DOUGHTY,           ) | |
|                        ) | |
|         DEFENDANTS    ) | |

**ORDER ON DEFENDANTS' MOTION TO ALTER THE JUDGMENT
AND TO AMEND THE COURT'S FINDINGS**

The defendants' motion to alter the judgment and to amend the court's findings is **DENIED**. The Findings of Fact and Conclusions of Law are complete and are based on my assessment of the evidence properly admitted at trial. No alteration or amendment is appropriate. So far as the filing date of the plaintiff's proposed findings is concerned, that document did not affect my Findings of Fact and Conclusions of Law.

SO ORDERED.

DATED THIS 28TH DAY OF NOVEMBER, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**

1